*C. Michael Budlong* and *Campbell D. Barrett*, in support of the petition.

Decided October 25, 2000

---

KATHRYN LUCAS *v.* GENERAL ACCIDENT
INSURANCE COMPANY OF AMERICA

MCDONALD, C. J., did not participate in the consideration or decision of this petition.

*Albert E. Sheary*, in support of the petition.

Decided October 25, 2000

---

STATE OF CONNECTICUT *v.* GREGORY MATHIS

*Del Atwell*, special public defender, in support of the petition.

*Robin S. Schwartz*, special deputy assistant state's attorney, in opposition.

Decided October 25, 2000

---

DONALD L. FRANCO *v.* EAST SHORE
DEVELOPMENT, INC., ET AL.

EAST SHORE DEVELOPMENT, INC. *v.*
DONALD L. FRANCO

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Jennifer A. Osowiecki,* in support of the petition.

*Kenneth A. Votre* and *John-Henry M. Steele,* in opposition.

Decided October 25, 2000

ROSELYNN D. CONFORTI ET AL. *v.* DONALD B. CHRISTIE ET AL.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Eddi Z. Zyko,* in support of the petition.

*Anne Kelly Zovas,* in opposition.

Decided October 25, 2000

ROBERT LITTLEFIELD *v.* COMMISSIONER OF CORRECTION

*David B. Rozwaski,* special public defender, in support of the petition.